CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 2 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | Civil Action No. 7:08-cv-00188; 7:08-cv-00189 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **FINAL ORDER and** |
| | ) | **PRE-FILING INJUNCTION** |
| | ) | |
| **VARIOUS DEFENDANTS.** | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**;

3. The above-referenced cases will be **STRICKEN** from the active docket of the court;

4. A **pre-filing injunction** shall be **ISSUED** against Riches;

5. The Clerk of the Court is **ORDERED** to refuse and not docket any new filings submitted by Riches before obtaining leave by the court;

6. The court will only grant leave of court upon Riches' submission of a properly filed pleading in which Riches: (1) either prepays the filing fee or demonstrates that he is under imminent danger of serious physical harm, in a civil rights action; (2) demonstrates that the court has jurisdiction to hear his claims, in any action; and (3) states claims that are not frivolous, in any action; and

7. The court will discard any submission which does not meet these requirements.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 2/8 day of February, 2008.

_____
United States District Judge